NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO.
You are hereby notified that on __11/24/2008__
a COMPLAINT has been filed in this case
and you are required to serve the same on or before the
__12/24/2008__
Kate Barkman, Director
Department of Court Records

<table>
<tr><td colspan="2"><b>HEARING INFORMATION</b></td></tr>
</table>

| HEARING INFORMATION |
|---|
| Hearing Date: 2/6/2009 |
| Hearing Time: 09:00:00 |
| Judge: Arbitration Panel |
| Address: 436 Grant Street, # 523 |
| **Court House, Fifth Floor Pittsburgh, PA-15219** |

# COMPLAINT IN CIVIL ACTION

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| Plantiff(s)<br>**Capital One Bank USA N.A.** | Case Number :<br>AR - 08 - 016217 |
|---|---|
| | Type of pleading:<br>**COMPLAINT** |
| | Filed on behalf of:<br>**Capital One Bank USA N.A.**<br><br>**James C Warmbrodt**<br>(Name of the filing party) |
| **Vs**<br><br>Defendant(s)<br>**Meier, Joseph R** | [X] Counsel of Record<br><br>[ ] Individual, If Pro Se |
| | Name, Address and Telephone Number :<br>**James C Warmbrodt**<br>**1400 Koppers Building**<br>**436 Seventh Avenue**<br>**Pittsburgh , PA 15219**<br>**412 434-7955** |
| | Attorney's State ID: **42524** |

**Kate Barkman, Director, Department of Court Records**



PLAINTIFF'S
EXHIBIT
A
ALL-STATE LEGAL®

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

CAPITAL ONE BANK (USA),NA

      Plaintiff

vs.

JOSEPH R MEIER

      Defendant

No: AR08-16217

COMPLAINT IN CIVIL ACTION

FILED ON BEHALF OF
Plaintiff

COUNSEL OF RECORD OF
THIS PARTY:

James C. Warmbrodt,42524
WELTMAN, WEINBERG & REIS CO., L.P.A.
436 Seventh Avenue, Suite 1400
Pittsburgh, PA   15219
(412) 434-7955
FAX: 412-338-7130
07006824 C N Pit REA

HEARING DATE
ROOM OR DIVISION CLEARTHOUSE
PITTSBURGH

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

CAPITAL ONE BANK (USA),NA

     Plaintiff

vs.

JOSEPH R MEIER

     Defendant

ARBITRATION DOCKET
NO._____

HEARING DATE _____

### NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the
claims set forth in the attached copy of the suit papers, YOU MUST
complete and detach two of the copies of the attached "Notice of
Intention to Appear". One completed copy of the "Notice of Intention
to Appear" must be filed or mailed to the Prothonotary's Office, First
Floor, City-County Building, 414 Grant Street, Pittsburgh, PA 15219
and the other completed copy must be mailed to Weltman, Weinberg &
Reis Co., L.P.A., 436 Seventh Avenue, Suite 1400 Pittsburgh, PA 15219
within TWENTY (20) days from the date these papers were mailed. You
are warned that if you fail to do so the case may proceed without you
and a judgment may be entered against you by the court without further
notice for any money claimed in the complaint or for any other claim
or relief requested by the Plaintiff. You may lose money or property
or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR
LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO
TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN
GET LEGAL HELP.

LAWYER REFERRAL SERVICE, The Allegheny County Bar Association
920 City-County Building, Pittsburgh, Pennsylvania 15219
(412) 261-5555

### HEARING NOTICE

YOU HAVE BEEN SUED IN COURT.  The above Notice to Defend explains
what you must do to dispute the claims made against you.  If you file
the written response referred to in the Notice to Defend, a hearing
before a board of arbitrators will take place in Room 523 of the
Allegheny County Courthouse, 436 Grant Street, Pittsburgh,
Pennsylvania, on _____ at 9:00 A.M. IF
YOU FAIL TO FILE THE RESPONSES DESCRIBED IN THE NOTICE TO DEFEND, A
JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED
AGAINST YOU BEFORE THE HEARING.

### DUTY TO APPEAR AT ARBITRATION HEARING

If one or more of the parties is not present at the hearing, THE
MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE

### COMPLAINT

1.  Plaintiff, CAPITAL ONE BANK (USA),NA is a corporation with offices at 15000 CAPITAL ONE DRIVE RICHMOND , VA 23238 .

2.  Defendant is adult individual(s) residing at the address listed below:

JOSEPH R MEIER
2 WERNER CAMP RD
PITTSBURGH, PA 15238

3.  Defendant applied for and received a credit card bearing the account number XXXXXXXXXXXX4021 .

4.  Defendant made use of said credit card and has a current balance due of $3197.04 , as of October 15, 2008 .

5.  Defendant is in default by failing to make monthly payments when due. As such, the entire balance is immediately due and payable to Plaintiff.

6.  Plaintiff is entitled to the addition of interest at the rate of 5.900% per annum on the unpaid balance from October 15, 2008 . A copy of Plaintiff's STATEMENT is attached hereto, marked as Exhibit "1" and made a part hereof.

7.   Although repeatedly requested to do so by Plaintiff, Defendant has willfully failed and/or refused to pay the balance due to Plaintiff.

Wherefore, the Plaintiff prays for judgment in its favor and against Defendant , JOSEPH R MEIER , INDIVIDUALLY , in the amount of $3197.04 with continuing interest thereon at the rate of 5.900% per annum from October 15, 2008 plus costs.

James C. Warmbrodt,42524
WELTMAN, WEINBERG & REIS CO., L.P.A.
436 Seventh Avenue, Suite 1400
Pittsburgh, PA   15219
(412) 434-7955
FAX: 412-338-7130
0700682/4 C N Pit REA

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose.

You can use your browser **BACK** button to return to previous page.
[New Case Number] [Sheriff Service History] [Notification History] [Docket Report] [Account Information]
[Home]

## AR-08-016217

**Capital One Bank USA N.A. vs Meier**

| | | | |
|---|---|---|---|
| Filing Date: | 11/24/2008 | Case Type: | Contract |
| Filing Time: | 8:27:53 | Court Type: | Arbitration |
| Related Cases: | | Current Status: | HEARING CANCELLED-DEFAULT JGMT |
| Judge: | No Judge | Jury Requested: | No |
| Amount In Dispute: | $ 3197.04 | | |

\*Click on PartyID hyperlink to see Alternative name for the party.

### Parties

#### -- Litigants --

| ID | LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|---|
| @1553459 | Capital One Bank USA N.A. | --- | | Plaintiff | 15000 Capital One Drive Richmond VA 23238 | -- | Warmbrodt James C, |
| @1614002 | Meier | Joseph | R | Defendant | 2 Werner Camp Road Pittsburgh PA 15238 | 12/9/2008 11:25 | -- |

#### -- Attorney --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| 42524 | Warmbrodt | James | C | Plaintiff's Attorney | 1400 Koppers Building 436 Seventh Avenue Pittsburgh PA 15219 | (412) 4347955 |
| 47437 | Molczan | William | T | Attorney | No Default Address Available | -- |

#### -- Non Litigants --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| ARBC | Arbitration Center | --- | --- | Arbitration Center | No Default Address Available | -- |

\*Click on DocketType hyperlink to see Judgments for that Docket.
Document numbers in the DOCUMENT column may not be consecutive.

### Docket Entries

| Filing Date | Docket Type | Docket Text | Filing Party | Document |
|---|---|---|---|---|
| 01/30/2009 | HEARING CANCELLED-DEFAULT JGMT | | Arbitration Center | No Image |
| 01/23/2009 | Default Judgment | In default of an answer in the amount of $3248.71. Certification of 10 day notice to Joseph R Meier on 01/06/09. Certification of Location. Affidavit of | Capital One Bank USA | Document 3 |

http://prothonotary.county.allegheny.pa.us/CaseDetails.asp?AnotherCaseID=TRUE&...


PLAINTIFF'S EXHIBIT
B
ALL-STATE LEGAL®

| | | | | |
|---|---|---|---|---|
| | | Non-Military Service. Notice of Judgment mailed. | N.A. | |
| 12/10/2008 | Sheriff Return | Joseph R Meier was served by Served - Adult family member with whom said Defendant(s) reside(s) Service Upon Sharon (Wife) with Complaint on 12/9/2008. | Capital One Bank USA N.A. | Sheriff Return |
| 11/24/2008 | Complaint | Count #1: $3197.04. Plus costs/interest/attorney fees. Hearing date 02/06/08. | Capital One Bank USA N.A. | Document 1 |

| Services | | | | | | | Complete Service History |
|---|---|---|---|---|---|---|---|
| Desc | Name | Service Address | Person Served | Served By | Service Date | Service Time | Status |
| Complaint | Joseph R Meier | 2 Werner Camp Road PITTSBURGH, PA 15238 Harmar Township | Sharon (Wife) | David Lynch | 12/9/2008 | 11:25 | Served - Adult family member with whom said Defendant(s) reside (s) |

| Event Schedule | |
|---|---|
| Event Scheduled | Event Date |
| Arbitration Hearing | 2/6/2009 |

If you don't have Adobe Acrobat Reader to view documents, you can get it here. 

NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO.
You are hereby notified that on   2/13/2009
a COMPLAINT has been filed in this case
and you are required to serve the same on or before the
  3/15/2009
Kate Barkman, Director
Department of Court Records

| HEARING INFORMATION |
| --- |
| Hearing Date: 4/27/2009 |
| Hearing Time: 09:00:00 |
| Judge: Arbitration Panel |
| Address: 436 Grant Street, # 523 |
| Court House, Fifth Floor Pittsburgh, PA-15219 |

## COMPLAINT IN CIVIL ACTION

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Plantiff(s)
**Capital One Bank USA N.A.**

Case Number :

| AR | 09 | 001681 |

Type of pleading:
**COMPLAINT**

Filed on behalf of:
**Capital One Bank USA N.A.**

**James C Warmbrodt**
(Name of the filing party)

**Vs**

Defendant(s)
**Meier, Joseph R**

| X | Counsel of Record |
| | Individual, If Pro Se |

Name, Address and Telephone Number :
**James C Warmbrodt**
**1400 Koppers Building**
**436 Seventh Avenue**
**Pittsburgh , PA 15219**
**412 434-7955**

Attorney's State ID: 42524

**Kate Barkman, Director, Department of Court Records**


PLAINTIFF'S EXHIBIT
ALL-STATE LEGAL®
C

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

CAPITAL ONE BANK (USA),NA

      Plaintiff

vs.

JOSEPH R MEIER

      Defendant

No: AR-09-1681

COMPLAINT IN CIVIL ACTION

FILED ON BEHALF OF
Plaintiff

COUNSEL OF RECORD OF
THIS PARTY:

James C. Warmbrodt, 42524
WELTMAN, WEINBERG & REIS CO., L.P.A.
436 Seventh Avenue, Suite 1400
Pittsburgh, PA  15219
(412) 434-7955
FAX: 412-338-7130
07104368 C N Pit CFR



APR 2 7 2009

HEARING DATE
ROOM 523 5th FLOOR COURTHOUSE
AT 9:00 A.M.

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

CAPITAL ONE BANK (USA),NA

    Plaintiff

vs.

JOSEPH R MEIER

    Defendant

ARBITRATION DOCKET
NO._____

HEARING DATE ___APR 2 7 2009___

## NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the attached copy of the suit papers, YOU MUST complete and detach two of the copies of the attached "Notice of Intention to Appear". One completed copy of the "Notice of Intention to Appear" must be filed or mailed to the Prothonotary's Office, First Floor, City-County Building, 414 Grant Street, Pittsburgh, PA 15219 and the other completed copy must be mailed to Weltman, Weinberg & Reis Co., L.P.A., 436 Seventh Avenue, Suite 1400 Pittsburgh, PA 15219 within TWENTY (20) days from the date these papers were mailed. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERRAL SERVICE, The Allegheny County Bar Association
920 City-County Building, Pittsburgh, Pennsylvania 15219
(412) 261-5555

## HEARING NOTICE

YOU HAVE BEEN SUED IN COURT.  The above Notice to Defend explains what you must do to dispute the claims made against you.  If you file the written response referred to in the Notice to Defend, a hearing before a board of arbitrators will take place in Room 523 of the Allegheny County Courthouse, 436 Grant Street, Pittsburgh, Pennsylvania, on _____ at 9:00 A.M. IF YOU FAIL TO FILE THE RESPONSES DESCRIBED IN THE NOTICE TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING.

## DUTY TO APPEAR AT ARBITRATION HEARING

If one or more of the parties is not present at the hearing, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE

COURT WITHOUT THE ABSENT PARTY OR PARTIES.  THERE IS NO RIGHT TO A
TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

NOTICE:     YOU MUST RESPOND TO THIS COMPLAINT WITHIN TWENTY (20) DAYS
            OR A JUDGMENT FOR THE AMOUNT CLAIMED MAY BE ENTERED AGAINST
            YOU BEFORE THE HEARING.
            IF ONE OR MORE OF THE PARTIES IS NOT PRESENT AT THE HEARING,
            THE MATTER MAY BE HEARD IMMEDIATELY BEFORE A JUDGE WITHOUT
            THE ABSENT PARTY OR PARTIES.  THERE IS NO RIGHT TO A TRIAL
            DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

FORM NO. 188 C.P.C.D

# NOTICE OF INTENTION TO APPEAR

| | | |
|---|---|---|
| _____ | : | Case No. _____ |
| PLAINTIFF | : | |
| | : | Hearing Date _____ |
| _____ | : | |
| DEFENDANT | | |

To The Plaintiff Or The
Plaintiff's Attorney:

I intend to appear at the hearing scheduled for the above date and defend against the

claim made against me.  I do not owe this claim for the following reasons:

_____

_____

_____

_____

_____

I certify that I have mailed a copy of this Notice to the Plaintiff or the Plaintiff's Attorney.

Sign Here: _____
(Defendant or Defendant's Attorney If Any)

Address: _____

Date: _____

NO FEE

## COMPLAINT

1.  Plaintiff, CAPITAL ONE BANK (USA),NA is a corporation with offices at 15000 CAPITAL ONE DRIVE RICHMOND , VA 23238 .

2.  Defendant is adult individual(s) residing at the address listed below:

JOSEPH R MEIER
2 WERNER CAMP RD
PITTSBURGH, PA 15238

3.  Defendant applied for and received a credit card bearing the account number XXXXXXXXXXXX2044 .

4.  Defendant made use of said credit card and has a current balance due of $1345.51 , as of December 18, 2008 .

5.  Defendant is in default by failing to make monthly payments when due. As such, the entire balance is immediately due and payable to Plaintiff.

6.  Plaintiff is entitled to the addition of interest at the rate of 28.100% per annum on the unpaid balance from December 18, 2008 . A copy of Plaintiff's STATEMENT is attached hereto, marked as Exhibit "1" and made a part hereof.

7.  Although repeatedly requested to do so by Plaintiff, Defendant has willfully failed and/or refused to pay the balance due to Plaintiff.

Wherefore, the Plaintiff prays for judgment in its favor and against Defendant , JOSEPH R MEIER , INDIVIDUALLY , in the amount of $1345.51 with continuing interest thereon at the rate of 28.100% per annum from December 18, 2008 plus costs.

James A. Warmbrodt,42524
WELTMAN, WEINBERG & REIS CO., L.P.A.
436 Seventh Avenue, Suite 1400
Pittsburgh, PA  15219
(412) 434-7955
FAX: 412-338-7130
07104368 C N Pit CFR

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose.

| Previous Balance | | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | | Minimum Payment | | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $835 40 | − | $0 00 | + | $25 70 | + | $58 00 | = | $919 10 | | $369 10 | | Jul 26, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

May 26, 2007 — Jul 03, 2007                    Page 1 of 2

**MasterCard Platinum Account**
5178-0524-8264-2044

**Your Account Information**
| TOTAL CREDIT LINE | $550 00 |
| TOTAL AVAILABLE CREDIT | $0 00 |
| CREDIT LINE FOR CASH | $550 00 |
| AVAILABLE CREDIT FOR CASH | $0 00 |

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $602.95 | 0.07712% D | 28.15% | $18 14 |
| Cash | $251.50 | 0.07712% D | 28.15% | $7 56 |

**ANNUAL PERCENTAGE RATE** applied this period.     28.15%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card

Send payments to.
Capital One Bank  P.O. Box 70884  Charlotte, NC 28272-0884

Send inquiries to.
Capital One  P.O. Box 30285  Salt Lake City, UT 84130-0285

**EXHIBIT**

Your account is ex payments behind  If we charge off your account due to late payments, we will report the charged-off status to several national credit bureaus, and the Purchase APR as reflected on this statement will be applied to all your outstanding balances  Act now to prevent this from happening  Please pay the amount due on your statement or give us a call at 1 800 955.6600  We'll work with you so you can take control of your account and start rebuilding your credit with Capital One

**Important Notice** Under the terms we previously disclosed to you, your account is now eligible for an increase in Annual Percentage Rates (APRs) effective immediately  However, Capital One has elected not to raise your APRs at this time  Please be advised that if you fail to keep your account in good standing, Capital One reserves the right to raise your APRs in the future

**IMPORTANT INFORMATION ABOUT YOUR GRACE PERIOD** If you pay your balance in full every month by your due date, you will enjoy an interest-free grace period of 25 days on new purchases  Paying by your due date also helps you avoid late fees  Please see the back of your statement for more details and thank you for your business

**Payments, Credits & Adjustments**

**Transactions**

| 1 | 25 JUN | PAST DUE FEE | $29 00 |
| 2 | 03 JUL | OVERLIMIT FEE JUL 03, 2007 | $29 00 |

As you asked, we've designated your account to close  Please note that your account balance must remain at $0 for two consecutive monthly statements before it is closed  Please continue to make necessary payments to your account and stop any automatic payments or pre-authorized charges you may have set up  If you make any charges on your Capital One credit card before your account closes (including automatic or pre-authorized charges), your account will remain open and we'll remove the request to close your account.

6056   506        1   07 3  070703        PAGE 1 of 2        01DM6056
PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW CAPITALONE COM TO MAKE YOUR PAYMENT ON LINE

0 5178052482642044 03 0919100040000369103

**CapitalOne** what's in your wallet?

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $919 10 | $369 10 | Jul 28, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

7104368

**Amount Enclosed**

**Account Number: 5178-0524-8264-2044**

Please print address or phone number changes below using blue or black ink
Address
Home Phone                    Alternate Phone
E-mail address

#9018535125158101# MAIL ID NUMBER
JOSEPH R MEIER
2 WENRICH CAMP RD
PITTSBURGH, PA 15238-3483

Capital One Bank
P.O. Box 70884
Charlotte, NC 28272-0884

04368

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $835 40 | – $0 00 | + $25 70 | + $58 00 | = $919 10 | $369 10 | Jul 28, 2007 |

May 26, 2007 — Jul 03, 2007     Page 2 of 2

PLEASE PAY AT LEAST THIS AMOUNT

**MasterCard Platinum Account**
5178-0524-8264-2044

**Your Account Information**

| | |
|---|---|
| TOTAL CREDIT LINE | $550 00 |
| TOTAL AVAILABLE CREDIT | $0 00 |
| CREDIT LINE FOR CASH | $550 00 |
| AVAILABLE CREDIT FOR CASH | $0 00 |

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One

I

7104368

04368        6056        506        1   07 3  070703      PAGE 2 of 2                O1DN6056

## DEPT OF COURT RECORDS-CIVIL

**CAPITAL ONE BANK (USA), N.A.,**
   *Plaintiff,*

v.

**JOSEPH R MEIER**
   *Defendant(s).*

## VERIFICATION

The undersigned does hereby verify subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities, that he/she is an authorized agent of **CAPITAL ONE BANK (USA), N.A.,** Plaintiff herein, and that he/she is duly authorized to make this Verification, and that the facts set forth in the foregoing Complaint in Civil Action are true and correct to the best of his/her knowledge, information and belief.

Dated: ___1- 9-2009___

_____
Pamela Nelson

A049
WELTMAN, WEINBERG & REIS CO., L.P.A.

Law Offices Of

WELTMAN, WEINBERG & REIS CO., L.P.A.

Koppers Building
436 Seventh Avenue, STE 1400
Pittsburgh, PA  15219
(412) 434-7955

March    10, 2009

JOSEPH R MEIER
2 WERNER CAMP RD
PITTSBURGH,PA 15238

RE:  CAPITAL ONE BANK (USA),NA

ACCOUNT NO:  5178052482642044
OUR FILE NO:  07104368-NAtty-Lit-CXC
BALANCE DUE:    $1,582.27

Dear: JOSEPH R MEIER

As you are aware, this firm has filed a lawsuit against you on behalf of the client referenced above.  I recently learned that you were properly served with a copy of the complaint.

At this point, I would like to work with you towards the resolution of this lawsuit without the necessity of trial.  Please call me toll free at 1-888-434-0085 to discuss this case.

Thank you and I look forward to hearing from you soon.

THIS LAW FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THIS DEBT FOR OUR CLIENT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Sincerely,

William T. Molczan

ALL-STATE LEGAL®
PLAINTIFF'S
EXHIBIT
D

You can use your browser **BACK** button to return to previous page.
[New Case Number]  [Sheriff Service History]  [Notification History]  [Docket Report]  [Account Information]
[Home]

## AR-09-001681                                         **Capital One Bank USA N.A. vs Meier**

| | | | |
|---|---|---|---|
| *Filing Date:* | 02/13/2009 | *Case Type:* | Contract |
| *Filing Time:* | 9:10:54 | *Court Type:* | Arbitration |
| *Related Cases:* | | *Current Status:* | Default Judgment |
| *Judge:* | No Judge | *Jury Requested:* | No |
| *Amount In Dispute:* | $ 1345.51 | | |

\*Click on PartyID hyperlink to see Alternative name for the party.

### Parties

#### -- Litigants --

| ID | LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|---|
| @1553459 | Capital One Bank USA N.A. | --- | | Plaintiff | 15000 Capital One Drive Richmond VA 23238 | -- | Warmbrodt James C, |
| @1614002 | Meier | Joseph | R | Defendant | 2 Werner Camp Road Pittsburg PA 15238 | 3/5/2009 12:05 | -- |

#### -- Attorney --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| 42524 | Warmbrodt | James | C | Plaintiff's Attorney | 1400 Koppers Building 436 Seventh Avenue Pittsburg PA 15219 | (412) 4347955 |
| 47437 | Molczan | William | T | Attorney | No Default Address Available | -- |

#### -- Non Litigants --

No Listing

\*Click on DocketType hyperlink to see Judgments for that Docket.
Document numbers in the DOCUMENT column may not be consecutive.

### Docket Entries

| Filing Date | Docket Type | Docket Text | Filing Party | Document |
|---|---|---|---|---|
| 04/15/2009 | Default Judgment | In default of an answer in the amount of $1432.18. Certification of 10 day notice to Joseph R Meier on 03/30/09. Certification of Location. Affidavit of Non-Military Service. Notice of Judgment mailed. | Capital One Bank USA N.A. | Document 3 |
| 03/05/2009 | Sheriff Return | Joseph R Meier was served with Complaint on 3/5/2009 by Served - Defendant(s).Personally Served. h | Capital One Bank USA N.A. | Sheriff Return |

http://prothonotary.county.allegheny.pa.us/CaseDetails.asp?AnotherCaseID=TRUE&Ca



ALL-STATE LEGAL®    PLAINTIFF'S EXHIBIT    E

| 02/13/2009 | Complaint | Count #1: 1345.51 Plus costs/interest/attorney fees. Hearing date 04/27/09. | Capital One Bank USA N.A. | Document 1 |

| Services | | | | | | | Complete Service History |
|---|---|---|---|---|---|---|---|
| **Desc** | **Name** | **Service Address** | **Person Served** | **Served By** | **Service Date** | **Service Time** | **Status** |
| Complaint | Joseph R Meier | 2 Werner Camp Road PITTSBURGH, PA 15238 Harmar Township | Joseph R Meier | David Lynch | 3/5/2009 | 12:05 | Served - Defendant(s) Personally Served |

| Event Schedule | |
|---|---|
| **Event Scheduled** | **Event Date** |
| Arbitration Hearing | 4/27/2009 |

If you don't have Adobe Acrobat Reader to view documents, you can get it here.

Law Offices Of
WELTMAN, WEINBERG & REIS CO., L.P.A.
Koppers Building
436 Seventh Avenue, STE 1400
Pittsburgh, PA  15219
(412) 434-7955


April     30, 2009


JOSEPH R MEIER
2 WERNER CAMP RD
PITTSBURGH, PA 15238


                    Re: CAPITAL ONE BANK (USA), NA
                    Current Judgment Amount: $     3,500.02
                    Our File No.: 07006824


Dear: JOSEPH R MEIER


     The Court has advised you that a Money Judgment has been entered
against you in favor of our client.  We demand that the above-
mentioned sum be received in our office within 14 days.
     If you fail to respond to this demand, we may proceed with
further legal action to enforce our client's Judgment, including but
not limited to requesting that a Writ of Execution in the full amount
due plus additional interest and cost be issued.
     In connection with the Writ of Execution, we may direct the
Sheriff to take inventory of and levy against your personal property;
to Garnish (Attach) your bank account; and to seize and sell your
personal possessions and/or real estate at Public Auction.  If we are
forced to proceed in this manner, the amount of your debt would be
substantially increased.
     In addition, we may subpoena you, and anyone else who may have
knowledge of the existence of your assets, to attend a deposition in
aid of execution in order to investigate the extent and location of
those assets.  Your failure to respond to our requests could lead to
Court imposed sanctions and contempt, and could ultimately lead to the
issuance of a bench warrant against you.
     You can avoid the potential for additional embarrassment and
expense brought about by further legal proceedings to enforce this
Judgment by simply paying the balance in full within 14 days or, by
immediately contacting our office to set up satisfactory payment
arrangements.
     Please let us hear from you.

     THIS LAW FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THIS DEBT
FOR OUR CLIENT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT
PURPOSE.



                         Very truly yours,



                    William T. Molczan, Esquire


PLAINTIFF'S
EXHIBIT

F

ALL-STATE LEGAL®

Law Offices Of
WELTMAN, WEINBERG & REIS CO., L.P.A.
Koppers Building
436 Seventh Avenue, STE 1400
Pittsburgh, PA  15219
(412) 434-7955

July      07, 2009

JOSEPH R MEIER
2 WERNER CAMP RD
PITTSBURGH,PA 15238

Re: CAPITAL ONE BANK (USA),NA
Current Judgment Amount: $    1,657.22
Our File No.: 07104368

Dear: JOSEPH R MEIER

The Court has advised you that a Money Judgment has been entered against you in favor of our client.  We demand that the above-mentioned sum be received in our office within 14 days.

If you fail to respond to this demand, we may proceed with further legal action to enforce our client's Judgment, including but not limited to requesting that a Writ of Execution in the full amount due plus additional interest and cost be issued.

In connection with the Writ of Execution, we may direct the Sheriff to take inventory of and levy against your personal property; to Garnish (Attach) your bank account; and to seize and sell your personal possessions at Public Auction.  If we are forced to proceed in this manner, the amount of your debt would be substantially increased.

In addition, we may subpoena you, and anyone else who may have knowledge of the existence of your assets, to attend a deposition in aid of execution in order to investigate the extent and location of those assets.  Your failure to respond to our requests could lead to Court imposed sanctions and contempt, and could ultimately lead to the issuance of a bench warrant against you.

You can avoid the potential for additional embarrassment and expense brought about by further legal proceedings to enforce this Judgment by simply paying the balance in full within 14 days or, by immediately contacting our office to set up satisfactory payment arrangements.

Please let us hear from you.

**THIS LAW FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THIS DEBT FOR OUR CLIENT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Very truly yours,

William T. Molczan, Esquire

PLAINTIFF'S
EXHIBIT

G