# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. MEIER, | Civil Action No. 10-262 |
| Plaintiff, | |
| v. | Judge Fischer |
| | Chief Magistrate Judge Lenihan |
| LAW OFFICES OF WELTMAN, | |
| WEINBERG & REIS CO., L.P.A. | ECF No. 44 |
| Defendant. | |

## MEMORANDUM ORDER

Plaintiff's Complaint was filed on February 24, 2010 and was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court for the Western District of Pennsylvania.

The Magistrate Judge's Report and Recommendation (ECF No. 44) filed on May 5, 2011 recommended that Defendant's Motion for Summary Judgment (ECF No. 16) be granted, and that Plaintiff's Motion for Summary Judgment (ECF No. 22) be denied. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Federal Rule of Civil Procedure 72(b)(2), and Local Rule of Court 72.D.2., that they had fourteen (14) days from the date of service to file objections to the Magistrate Judge's Report and Recommendation. No objections have been filed.

After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 24th day of May, 2011;

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment at ECF No. 16 is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment at ECF No. 22 is **DENIED**.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 44) of Chief Magistrate Judge Lenihan, dated May 5, 2011 is adopted as the Opinion of the Court.

Nora Barry Fischer
United States District Judge

cc: All counsel of record
*Via electronic filing*